UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ATLANTA FIREFIGHTERS' PENSION FUND,<br><br>              Plaintiff,<br><br>       v.<br><br>ARCONIC INC., KATHERINE H. RAMUNDO, AMY E. ALVING, ARTHUR D. COLLINS, JR., RAJIV L. GUPTA, DAVID P. HESS, KLAUS KLEINFELD, SEAN O. MAHONEY, E. STANLEY O'NEAL, JOHN C. PLANT, L. RAFAEL REIF, JULIE G. RICHARDSON, PATRICIA F. RUSSO, ULRICH R. SCHMIDT, and RATAN N. TATA,<br><br>              Defendants. | Case No. 1:17-cv-02840-KPF<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff City of Atlanta Firefighters' Pension Fund, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

DATED: May 25, 2017

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jeroen van Kwawegen*
Mark Lebovitch
Jeroen van Kwawegen
Adam D. Hollander
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
markl@blbglaw.com
jeroen@blbglaw.com
adam.hollander@blbglaw.com

*Counsel for Plaintiff City of Atlanta Firefighters' Pension Fund*